W. STANLEY BROWN et al., Appellants, *v.* J. P. MORGAN & Co., INCORPORATED, Respondent.

Argued March 7, 1946; decided April 18, 1946.

*Paul E. Kern* and *E. H. Burns* for appellants.

*Russel S. Coutant, William C. Cannon* and *Frederick G. Watson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.